UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-20631-CR-GAYLES   (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

CARLOS MIGUEL RODRIGUEZ, SR. et al,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 10/2/2019

                                                _____
                                                **Alicia M. Otazo-Reyes**
                                                **UNITED STATES MAGISTRATE JUDGE**