# MINUTE ORDER

Page 9

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 10/2/2019   Time: 2:00 p.m.

Defendant: 2) CARLOS MIGUEL RODRIGUEZ   J#: 20602-104   Case #: 19-20631-CR-GAYLES SEALED
AUSA: Elizabeth Young     Attorney: (no atty. in Court)
Violation: CONSP/COMMIT BANK FRAUD/WIRE FRAUD     Surr/Arrest Date: 10/2/2019   YOB: 1995

Proceeding: Initial Appearance     CJA Appt: _____
Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: PTD
Bond Set at: Temporary PTD     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition: Deft to retain counsel

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 10/4/19
PTD/Bond Hearing: 10/7/19   10:00 a.m.   Duty   Miami
Prelim/Arraign or Removal: 10/4/19
Status Conference RE: _____
D.A.R. 14:25:35, 14:45:01     Time in Court: 1 min

s/Alicia M. Otazo-Reyes     Magistrate Judge