# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 10/4/19    Time: 10:00 a.m.

Defendant: 2) Carlos Miguel Rodriguez, Jr.    J#: 20602-104    Case #: 19-20631-Cr-Gayles/Otazo-Reyes
AUSA: Elizabeth Young    Attorney: (no atty in Court)
Violation: Conspiracy to Commit Bank Fraud/Wire Fraud
Proceeding: Report RE: Counsel/Arraignment    CJA Appt: Howard Schumacher
Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: Temp Ptd
Bond Set at: Continued Temporary PTD    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
*No Atty in Court at I/A* **Detention Hearing set 10/7/19**
CJA csl appt
Written financial report to be submitted to Magistrate Judge Otazo-Reyes within 30 days regarding the Deft's ability to pay funds to defray the cost of court appointed counsel.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: 10/7/19 10:00 a.m. Duty MIA m.
Status Conference RE: _____
D.A.R. 10:34:15    Time in Court: 5 min