# COURT MINUTES

## Magistrate Judge Lauren F. Louis

| Atkins Building Courthouse - 11th Floor | Date: 10/9/19 | Time: 10:00 a.m. |

Defendant: 2) Carlos M Rodriguez   J#: 20602-104   Case #: 19-20631-CR-GAYLES/OTAZO-REYES

AUSA: Elizabeth Young   Attorney: HOWARD SCHUMARCHER(CJA)

Violation: CONSP/COMMIT BANK & WIRE FRAUD

Proceeding: PTD   CJA Appt:

Bond/PTD Held: ○ Yes  ○ No   Recommended Bond: PTD

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Deft already arraigned

Counsel requests a continuance of the Detention hearing to 10/10/19

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:

Report RE Counsel:

***PTD Hearing:***   *10/10/19*   *10:00 a.m.*   *Duty/Miami*

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:48:48   Time in Court: 3 mins