# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 10/10/19    Time: 10:00 a.m.

Defendant: Carlos Miguel Rodriguez    J#: 20602-104    Case #: 19-20631-CR-GAYLES/OTAZO-REYES
AUSA: Elizabeth Young    Attorney: HOWARD SCHUMACHER (CJA)
Violation: CONSP/COMMIT BANK & WIRE FRAUD
Proceeding: PTD    CJA Appt:
Bond/PTD Held: ✔ Yes ◯ No    Recommended Bond: PTD
Bond Set at:    Co-signed by:

- [✔] **Surrender and/or do not obtain passports/travel docs**
- [✔] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [✔] **Random urine testing by Pretrial Services _____**
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [✔] **Maintain or seek full-time employment and education**
- [ ] No contact with victims/witnesses
- [✔] **No firearms**
- [✔] **Not to encumber property**
- [ ] May not visit transportation establishments
- [✔] **Home Confinement/Electronic Monitoring and/or**
  Curfew ___ pm to ___ am, paid by ___
- [✔] **Allowances: Medical needs, court appearances, attorney visits, employment, school schedule**
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Deft already arraigned

Pretrial Detention hearing held based on risk/flight & danger/community (Govt's exhibits 1-6 admitted); S/A Luis Rivero, FBI sworn and testified

**The Court sets $200K PSB & $25K w/10% w/Nebbia cosigned by Mother and Aunt (the Court inquired as to cosignors)**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:00:47    Time in Court: 1 hr. & 20 mins