UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-CR-20631-GAYLES

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

CARLOS MIGUEL RODRIGUEZ,
    *Defendant.*
_____/

## REQUEST FOR CONSIDERATION OF A DOWNWARD VARIANCE FROM ADVISORY SENTENCING GUIDELINE RANGE

The Defendant, CARLOS MIGUEL RODRIGUEZ, respectfully requests a variance and/or downward departure from his sentencing guideline calculation as was contained in his Pre-sentence Investigation Report.  The Defendant has a total offense level of 27 and a criminal history category I, the guideline imprisonment range is 70 to 87 months, with an additional term of imprisonment of 2 years to run consecutively.

The Defendant requests that this Court consider the factors in 18 U.S.C. §3553 and sentence the Defendant to a term of home confinement.

**The Nature and circumstance of the offfense and the history and characteristics of the Defendant**.

The Defendant, Mr. Rodriguez, "Carlito" became involved in this conspiracy in January of 2016, when he was barely nineteen (19) years old.   This conspiracy was not his idea.  He became involved when Michael Silvarrey

approached his father, Carlos Rodriguez Sr. Mr. Silvarrey proposed that the family would receive a motorboat in exchange for a computer program that could discover social security numbers as well as create counterfeit checks. As you can imagine, the Defendant was under immense pressure to comply. The boat was never put in Mr. Rodriguez's name.

Mr. Rodriguez regrets his participation and he wishes that he had never gotten involved. If he could do it over again, he would focus on his education.

After applying the factors set forth in Title 18, United States Code §3553 Mr. Rodriguez seeks a sentence of four years imprisonment. Defense Counsel believes that since he was youthful at the time of the offense and that his brain was not fully developed that this would be an appropriate sentence.

Provided that this Court finds that the sentence is reasonable for this offense, the Court need not execute a sentence as set forth in the Guidelines. *United States v. Booker* 125 S.Ct. 730 at 790 (2005). The Defendant submits that the proposed sentence is reasonable for this offense and would satisfy all the concerns addressed in Title 18 U.S.C. §3553(a).

                Respectfully submitted,

                <u>*S/Kristi F. Kassebaum*</u>
                KRISTI F. KASSEBAUM, ESQ.
                F.B.N.: 860621
                150 West Flagler Street, Suite 1675
                Miami, Florida 33130
                Tel.: 305-893-0006

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using CM/EMF this 20th day of December, 2020.

*S/Kristi F. Kassebaum*
KRISTI F. KASSEBAUM, ESQ.
